United States District Court
Southern District of Texas
**ENTERED**
December 03, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JIBRILLA MUMUNI, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:20-CV-276 |
| § | |
| WARDEN, MONTGOMERY PROCESSING § | |
| CENTER, § | |
| § | |
| Respondent. § | |

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. After having reviewed the said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry No. 6 are hereby adopted by this Court.

FURTHER, the Court, having adopted the Magistrate Judge's conclusions, is of the opinion that Respondent's Motion to Dismiss (Dkt. Nos. 3-4) is **GRANTED** and Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Dkt. No. 1) is **DISMISSED** as moot.

The Clerk shall send a copy of this Order to the parties.

SO ORDERED December 3, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge